HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ANDREW WONG, CA SBN #308269
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JEFFREY L. CRAIL JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-po-00393-JDP |
|---|---|
| Plaintiff, | **STIPULATION FOR APPEARANCE BY VIDEO TELECONFERENCE** |
| vs. | |
| JEFFREY L. CRAIL JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Andrew Wong, counsel for Jeffrey L. Crail Jr., that the Court allow Mr. Crail to appear by video teleconference for his August 21, 2018 initial appearance.

On March 30, 2018 Mr. Crail was issued a citation (6809654) and the Court set an initial appearance hearing for August 21, 2018 at 1:00 p.m. Since receiving his citation Mr. Crail has relocated to Cumberland City, Tennessee. Due to the time and expense required to travel from Cumberland City, Tennessee to Yosemite National Park, California, Mr. Crail requests that he be allowed to appear by video teleconference. The Government does not oppose Mr. Crail's request.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

Date: August 13, 2018        */s/ Susan St. Vincent*
                             Susan St. Vincent
                             Yosemite Legal Officer
                             Attorney for Plaintiff

                             HEATHER E. WILLIAMS
                             Federal Defender

Date: August 13, 2018        */s/ Andrew Wong*
                             ANDREW WONG
                             Assistant Federal Defender
                             Attorney for Defendant
                             JEFFREY L. CRAIL JR.

## **O R D E R**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, Mr. Crail may appear by video teleconference for his August 21, 2018, initial appearance.

IT IS SO ORDERED.

Dated:   August 15, 2018                    _____
                                            UNITED STATES MAGISTRATE JUDGE