HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID HARSHAW, KY Bar # 86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
JEFFREY L. CRAIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY L. CRAIL,

Defendant.

Case No. 6:18-PO-00393-JDP

WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS AND ORDER THEREON

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the eastern District of California, the same as if Defendant were personally present, and request that this Court allow his attorney-in-fact to represent his interests. Defendant further agrees that notice to defendant's attorney that defendant's presence will be required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant makes this request because of the time, distance and/or expense involved. Travel to Yosemite National Park for court appearances would be both a financial and personal hardship.  Defendant wishes to limit the number of personal court appearances and minimize the

-1-

time and expense of travel to court.

This Court, at the initial appearance of August 21, 2018, permitted Defendant to appear via VTC for substantive hearings in this case.  A Rule 43 waiver was contemplated for non-substantive hearings.  Thus, this waiver is to cover the non-substantive hearings, where only discovery compliance, scheduling, and the like are discussed between the Court and the parties.

DATED:       8/29/2018                    /s Jeffrey Crail (e-signature on original)
                                          DEFENDANT


DATED: August 29, 2018                    Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ David Harshaw
                                          DAVID HARSHAW
                                          Assistant Federal Defender

                                          Attorneys for  Defendant


<u>ORDER</u>

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.


Dated:   August 30, 2018                  _____
                                          UNITED STATES MAGISTRATE JUDGE